**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-6121**

———————

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    v.

ROBERT C. WOODSON, JR.,

          Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (1:96-cr-00370-1)

———————

Submitted: March 17, 2009        Decided: March 24, 2009

———————

Before TRAXLER, KING, and AGEE, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Robert C. Woodson, Jr., Appellant Pro Se. Leslie Bonner McClendon, Edmund P. Power, Assistant United States Attorneys, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert C. Woodson, Jr., appeals the district court's order granting his motion for reduction of sentence under 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm. United States v. Woodson, No. 1:96-cr-00370-1 (E.D. Va. filed Jan. 5 & entered Jan. 7, 2009); see United States v. Dunphy, 551 F.3d 247, 257 (4th Cir. 2009) ("[A] district judge is not authorized to reduce a defendant's sentence below the amended guideline range."). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED